March 21, 1967.

M. P. No. 76. ROBERT P. RAYMOND *v.* PAUL SHERMAN AND AGENTS, *Assistant Director of Social Welfare.* Motion for leave to file petition for writ of mandamus denied. *Robert P. Raymond,* pro se ipso. *Herbert F. DeSimone,* Attorney General, *Charles G. Edwards,* Special Assistant Attorney General, for Paul Sherman (Assistant Director of Social Welfare).

M. P. No. 97. IN RE SYLVESTER J. McKNIGHT. Motion of petitioner to substitute his name as the petitioner in matter entitled Raymond v. Sherman, No. 76 - M. P., denied *pro forma.* *Sylvester J. McKnight,* pro se ipso, petitioner. *Herbert F. DeSimone,* Attorney General, for respondent Paul Sherman (Assistant Director of Social Welfare).

M. P. No. 101. WILLIAM E. CHISHOLM *v.* HAROLD LANGLOIS. Petition for writ of habeas corpus denied. *Matthew J. Faerber,* for petitioner. *Herbert F. DeSimone,* Attorney General, for respondent.

April 11 1967.

M. P. No. 66. PASCO DECESARE, TONY TOTEFF, THOMAS MURO in their capacities as *Members of the Board of Canvassers of the Town of North Providence,* THOMAS RYAN and BENJAMIN COCOZZA *v.* BOARD OF ELECTIONS, JOHN NOTTE III and ROGER S. ACHILLE. Motion of defendant John Notte III, for leave to file a petition for writ of certiorari, granted. *Robert S.*